# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134702

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 134702
                                COA: 278119
                                Mason CC: 05-201503-FC;
                                05-201504-FH

LARRY WHIDDILL McNEAL STOVALL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

p1119

                            Clerk